478 A.2d 71

Commonwealth v. England, Appellant.

Submitted March 5, 1984.   Willard England, appellant, in propria persona;   Vram Nedurian, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, POPOVICH and CERCONE, JJ.

Order affirmed.

478 A.2d 71

Commonwealth v. Frankenberry, Appellant.

Petition for Allowance of Appeal
Denied Sept. 18, 1984.

Submitted March 23, 1984.   Anthony Dedola, for appellant;   Gerald R. Solomon, District Attorney, for Commonwealth, appellee.

Before POPOVICH, HOFFMAN and LIPEZ, JJ.

Judgment of sentence affirmed.